UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WELDAY, an individual,<br><br>      Plaintiffs,<br><br> v.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No. 2:13-CV-02439 JAM-EFB<br><br>**ORDER**<br><br>Related to Nos.:<br>2:14-CV-01946 JAM-EFB<br>2:14-CV—01957 JAM-EFB<br>2:14-CV-01960 JAM-EFB<br>2:14-CV-01961 JAM-EFB<br>2:14-CV-01963 JAM-EFB<br>2:14-CV—01965 JAM-EFB<br>1:15-CV-01721 JAM-EFB<br>1:15-CV-01748 JAM-EFB<br>1:15-CV-01872 JAM-EFB<br>1:15-CV-01874 JAM-EFB<br>2:15-CV-00429 JAM-EFB<br>2:15-CV-00622 JAM-EFB<br>2:15-CV-00623 JAM-EFB<br>2:15-CV-02150 JAM-EFB<br>2:15-CV-02396 JAM-EFB<br>2:15-CV-02594 JAM-EFB<br>2:15-CV-02597 JAM-EFB<br>2:16-CV-00174 JAM-EFB<br>2:16-CV-00211 JAM-EFB<br>2:16-CV-01028 JAM-EFB |

  Rite Aid Corporation's objections to the Court's June 9, 2016 Status Order (Doc #47-Case #14-cv-1961) are overruled.

  IT IS SO ORDERED.

Dated: June 21, 2016.

                /s/ John A. Mendez
                JOHN A. MENDEZ,
                UNITED STATES DISTRICT JUDGE

1