1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone: (415) 983-0900
   Facsimile: (415) 397-9005
5
   Attorneys for Plaintiffs
6
   JEFFREY D. WOHL (Cal. State Bar No. 96838)
7  JUSTIN M. SCOTT (Cal. State Bar No. 302502)
   PAUL HASTINGS LLP
8  55 Second Street, 24th Floor
   San Francisco, California 94105-3441
9  Telephone:   (415) 856-7000
   Facsimile:   (415) 856-7100
10 jeffwohl@paulhastings.com
   justinscott@paulhastings.com
11
   Attorneys for Defendant
12 Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAHEH SALEHI, SHANNON BETTS and BELINDA PAINE,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:16-CV-00174 JAM-EFB<br><br>**ORDER DISMISSING WITH PREJUDICE CLAIMS OF PLAINTIFF BELINDA PAINE**<br><br>Judge:     Hon. John A. Mendez |

ORDER REGARDING STIPULATION OF DISMISSAL
U.S.D.C. E.D. Cal. No. 2:16-CV-00174 JAM-EFB

LEGAL_US_W # 85988827.1

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that plaintiff Belinda Paine's claims only shall be and hereby are DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees with respect to those claims.

Dated: 6/24/2016                              /s/ John A. Mendez_____
                                              John A. Mendez
                                              United States District Court Judge