(*Counsel of record listed on next page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WELDAY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants | No. 2:13-CV-02439 JAM-EFB<br><br>*Related to Nos.*<br>2:14-CV-01960 JAM-EFB;<br>2:15-CV-02150 JAM-EFB;<br>1:15-CV-01748 JAM-EFB;<br>1:15-CV-01874 JAM-EFB;<br>2:16-CV-00174 JAM-EFB;<br>2:17-CV-01527 JAM-EFB.<br><br>**STIPULATION TO CONTINUE DEADLINES TO FILE AND HEAR DISPOSITIVE MOTIONS**<br><br>Judge:       Hon. John A. Mendez |

MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
matt@righettilaw.com
john@righettilaw.com
mike@righettilaw.com

Attorneys for Plaintiffs

JEFFREY D. WOHL (Cal. State Bar No. 096838)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

Plaintiffs Keith Welday, Shannon Betts, Mark Jaeger, Joshua Roach, Elaheh Salehi, Bryce Williams, Linda Willis, and Larry Jones (collectively "Plaintiffs")[*] and defendant Rite Aid Corporation ("Rite Aid"), acting through their respective counsel of record, hereby stipulate:

1. On September 12, 2018, the Court set March 8, 2018, as the deadline to file, and April 9, 2018, as the deadline to hear, dispositive motions in all related matters except *Larry Jones v. Rite Aid Corp.*, No. 2:17-cv-01527 JAM-EFB, which is a later-filed action with separate deadlines for discovery and dispositive motions. (ECF 72.)

2. Following the Court's ruling in *Winegarner v. Rite Aid Corp.*, No. 2:16-cv-01028-JAM-EFB, the parties are actively conferring regarding whether additional dispositive motions are necessary in these related cases, or whether the issues present in the dispositive motions can be resolved by stipulation, thereby avoiding motion practice.

3. For this reason, the parties respectfully request the Court to continue the deadline to file dispositive motions from March 8, 2018, to March 15, 2018, and the deadline to hear dispositive motions from April 9, 2018, to April 17, 2018, to allow the parties additional time to confer.

4. The request relates to all actions subject to the same dispositive motion deadlines:

- *Keith Welday v. Rite Aid Corp.*, No. 2:13-CV-02439 JAM-EFB;
- *Mark Jaeger v. Rite Aid Corp.*, No. 2:14-CV-01960 JAM-EFB;
- *James Kilgore et al. v. Rite Aid Corp.*, No. 2:15-CV-02150 JAM-EFB;
- *Bart Hillard et al. v. Rite Aid Corp.*, No. 1:15-CV-01748 JAM-EFB;
- *Bryce Williams v. Rite Aid Corp.*, No. 1:15-CV-01874 JAM-EFB; and
- *Elaheh Salehi et al. v. Rite Aid Corp.*, No. 2:16-CV-00174 JAM-EFB.

///
///
///

---

[*] The parties have resolved *Winegarner v. Rite Aid Corp.*, No. 2:16-cv-01028-JAM-EFB and the claims of Akindale and Bernadette Carter, plaintiffs in *James Kilgore et al. v. Rite Aid Corp.*, No. 2:15-CV-02150 JAM-EFB. The parties anticipate filing stipulations of dismissal with respect to these plaintiffs in the next thirty (30) days.

| | |
|---|---|
| Dated: March 1, 2018. | MATTHEW RIGHETTI<br>JOHN GLUGOSKI<br>MICHAEL RIGHETTI<br>RIGHETTI GLUGOSKI, P.C. |
| | By: _____*/s/ Michael Righetti*_____<br>Michael Righetti<br>Attorneys for Plaintiffs |
| Dated: March 1, 2018. | JEFFREY D. WOHL<br>PAUL HASTINGS LLP |
| | By: _____*/s/ Jeffrey D. Wohl*_____<br>Jeffrey D. Wohl<br>Attorneys for Defendant Rite Aid Corporation |

(*Counsel of record listed on next page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WELDAY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants | No. 2:13-CV-02439 JAM-EFB<br><br>*Related to Nos.*<br>2:14-CV-01960 JAM-EFB;<br>2:15-CV-02150 JAM-EFB;<br>1:15-CV-01748 JAM-EFB;<br>1:15-CV-01874 JAM-EFB;<br>2:16-CV-00174 JAM-EFB;<br>2:17-CV-01527 JAM-EFB.<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINES TO FILE AND HEAR DISPOSITIVE MOTIONS**<br><br>**(AS MODIFIED BY THE COURT PER AGREEMENT OF THE PARTIES)**<br><br>Judge: Hon. John A. Mendez |

MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
matt@righettilaw.com
john@righettilaw.com
mike@righettilaw.com

Attorneys for Plaintiffs

JEFFREY D. WOHL (Cal. State Bar No. 096838)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

1     On the stipulation of the parties, and good cause appearing therefor,

2     IT IS ORDERED that in the following cases:

3     ▪ *Keith Welday v. Rite Aid Corp.*, No. 2:13-CV-02439 JAM-EFB;

4     ▪ *Mark Jaeger v. Rite Aid Corp.*, No. 2:14-CV-01960 JAM-EFB;

5     ▪ *James Kilgore et al. v. Rite Aid Corp.*, No. 2:15-CV-02150 JAM-EFB;

6     ▪ *Bart Hillard et al. v. Rite Aid Corp.*, No. 1:15-CV-01748 JAM-EFB;

7     ▪ *Bryce Williams v. Rite Aid Corp.*, No. 1:15-CV-01874 JAM-EFB;

8     ▪ *Elaheh Salehi et al. v. Rite Aid Corp.*, No. 2:16-CV-00174 JAM-EFB;

9 the deadlines are extended as follows:

10     ▪ Dispositive motion deadline extended from March 8, 2018, to March 15, 2018; and

11     ▪ dispositive motion hearing date extended from April 9, 2018, to April 24, 2018 at 1:30

12 p.m.

13  Dated: March 5, 2018

                                                                  /s/ John A. Mendez
                                                                      John A. Mendez
                                                        United States District Court Judge