1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California  94104
4  Telephone:  (415) 983-0900
   Facsimile:  (415) 397-9005
5
   Attorneys for Plaintiffs
6  Elaheh Salehi, Shannon Betts, and Belinda Paine

7  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JULLIE Z. LAL (Cal. State Bar No. 279067)
8  PAUL HASTINGS LLP
   101 California Street, 48th Floor
9  San Francisco, California  94111
   Telephone:    (415) 856-7000
10 Facsimile:    (415) 856-7100
   jeffwohl@paulhastings.com
11 jullielal@paullhastings.com

12 Attorneys for Defendant
   Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAHEH SALEHI, SHANNON BETTS and BELINDA PAINE,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | No. 2:16-CV-000174 JAM-EFB<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Judge:　Hon. John A. Mendez<br>Dept.:　6, 14th Floor<br><br>Complaint Filed:　February 6, 2015<br>FAC Filed:　April 30, 2015 |

LEGAL_US_W # 94468551.1

Plaintiffs Elaheh Salehi and Shannon Betts and defendant Rite Aid Corporation, acting through their respective counsel of record, hereby stipulate that this action may be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, each side to bear its own costs and attorneys' fees.

Dated: July 2, 2018.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI·GLUGOSKI, P.C.

By: /s/ Michael Righetti
Michael Righetti
Attorneys for Plaintiffs
Elaheh Salehi, Shannon Betts, and Belinda Paine

Dated: July 2, 2018.

JEFFREY D. WOHL
JULLIE Z. LAL
PAUL HASTINGS LLP

By: /s/ Jullie Z. Lal
Jullie Z. Lal
Attorneys for Defendant
Rite Aid Corporation

LEGAL_US_W # 94468551.1

| | |
|---|---|
| 1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012) |
| | JOHN GLUGOSKI (Cal. State Bar No. 191551) |
| 2 | MICHAEL RIGHETTI (Cal. State Bar No. 258541) |
| | RIGHETTI·GLUGOSKI, P.C. |
| 3 | 456 Montgomery Street, Suite 1400 |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 983-0900 |
| | Facsimile: (415) 397-9005 |
| 5 | |
| | Attorneys for Plaintiffs |
| 6 | Elaheh Salehi, Shannon Betts, and Belinda Paine |
| 7 | JEFFREY D. WOHL (Cal. State Bar No. 96838) |
| | JULLIE Z. LAL (Cal. State Bar No. 279067) |
| 8 | PAUL HASTINGS LLP |
| | 101 California Street, 48th Floor |
| 9 | San Francisco, California 94111 |
| | Telephone: (415) 856-7000 |
| 10 | Facsimile: (415) 856-7100 |
| | jeffwohl@paulhastings.com |
| 11 | jullielal@paullhastings.com |
| 12 | Attorneys for Defendant |
| | Rite Aid Corporation |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAHEH SALEHI, SHANNON BETTS and BELINDA PAINE, <br><br> Plaintiffs, <br><br> vs. <br><br> RITE AID CORPORATION, and DOES 1 through 50, inclusive, <br><br> Defendants. | No. 2:16-CV-000174 JAM-EFB <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** <br><br> Judge: Hon. John A. Mendez <br> Dept.: 6, 14th Floor <br><br> Complaint Filed: February 6, 2015 <br> FAC Filed: April 30, 2015 |

1 | Pursuant to the stipulation of the parties, and good cause appearing therefor,
2 | IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side
3 | to bear its own costs and attorneys' fees.
4 | Dated: 7/2/2018　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. John A. Mendez
5 | United States District Judge